UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

NOV 20 2012

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 12-135-KSF

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                          **PLEA AGREEMENT**

AUTO SELECT, LLC                                                 DEFENDANT

\* \* \* \* \*

1. Pursuant to Federal Rule of Criminal Procedure 11(c), the Defendant will enter a guilty plea to Count 1 of the Information, charging a violation of 31 U.S.C. § 5324(a)(3) and (d), Structuring Transactions to Evade Reporting Requirements. At the time of sentencing, the United States will move to dismiss Indictment number 12-95-KSF.

2. The essential elements of 31 U.S.C. 5324(a)(3) are:

(a) The defendant knowingly structured, attempted to structure, or assisted in structuring a currency transaction;

(b) The defendant knew of the domestic financial institution's legal obligation to report transactions in excess of $10,000; and

(c) The purpose of the structured transaction was to evade that reporting obligation.

3. As to Count 1, the United States could prove the following facts that establish the essential elements of the offense beyond a reasonable doubt, and the Defendant admits these facts:

(a) Auto Select, LLC ("the LLC") is owned by Mona Shalash. The LLC sells luxury automobiles. Auto Select, LLC, was started by Mona Shalash's father in 2002. Mona Shalash began working for her father at Auto Select, LLC, in 2007. At first, she worked in auto sales and later, Mona Shalash did the book keeping for the company, including making deposits. In January 2010, Mona Shalash assumed ownership of Auto Select, LLC.

(b) Auto Select, LLC, maintained bank account no **2059 at Traditional Bank, in Lexington, Kentucky. Traditional Bank is insured by the Federal Deposit Insurance Corporation and is a domestic financial institution.

(c) Auto Select, LLC, routinely received payments related to vehicles in cash. Mona Shalash deposited the cash into the Traditional Bank account **2059, in Fayette County, in the Eastern District of Kentucky. Mona Shalash was aware that currency deposits of more than $10,000 required the bank to complete a Currency Transaction Report (CTR).

(d) Between September 12, 2008, and June 7, 2011, forty-eight (48) currency deposits were made, by Mona Shalash on the LLC's behalf, totaling $419,148.

4. The maximum statutory punishment is a fine of not more than $500,000. A mandatory special assessment of $400 applies, and the Defendant will pay this assessment to the U.S. District Court Clerk as directed by the Court.

5. The Defendant agrees to have the Auto Select, LLC, member who signs this plea agreement on behalf of Auto Select, LLC, present in Court to enter the guilty plea.

6. The Defendant agrees to provide to the United States a resolution signed by all Auto Select, LLC, members agreeing to the plea agreement prior to the date of arraignment in this matter. The Defendant understands the resolution will be attached to this Plea Agreement for review by the Court.

✓ 7. The Defendant waives the right to appeal and the right to attack collaterally its guilty plea, conviction, and sentence, including any order of restitution or fine.

✓ 8. The Defendant and its members agree to withdraw their claim for the $122,410.33 seized by the United States. The Defendant acknowledges that these funds constitute property (or funds traceable thereto) involved in violations of 31 U.S.C. § 5324 and are therefore subject to forfeiture to the United States pursuant to 31 U.S.C. § 5317 and/or 18 U.S.C. § 981.

9. If the Defendant violates any part of this Agreement, the United States may void this Agreement and seek an indictment for any violations of federal laws, and the Defendant waives any right to challenge the initiation of additional federal charges.

10. This document contains the complete and only Plea Agreement between the United States Attorney for the Eastern District of Kentucky and the Defendant, Auto Select, LLC. The United States has not made any other promises to the Defendant other than those contained within this Plea Agreement.

11. This Agreement does not bind United States Attorney's Offices in other districts, or any other federal, state, or local prosecuting authorities.

12. The Defendant and the Defendant's attorney acknowledge that the Defendant understands this Agreement, that the Defendant's attorney has fully explained this Agreement to the Defendant, and that the Defendant's entry into this Agreement is voluntary.

KERRY B. HARVEY
UNITED STATES ATTORNEY

Date: 20 Nov 2012     By: _____
                          Robert K. McBride
                          Assistant United States Attorney

Date: 11/20/12            _____ Auto Select LLC
                          Auto Select, LLC
                          Defendant

Date: 11/20/12            _____ Russ Baldani by RKM
                          Russell Baldani
                          Attorney for Defendant

                          _____
                          R. Tucker Richardson
                          Attorney for Defendant

**APPROVED**, this 20th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE